**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 97-6936**

_____

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

TROY DONYEL STANSBURY,

                                        Defendant - Appellant.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Frederic N. Smalkin, District Judge. (CR-
89-434-S)

_____

Submitted: August 28, 1997        Decided: September 17, 1997

_____

Before WILKINS, WILLIAMS, and MICHAEL, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Troy Donyel Stansbury, Appellant Pro Se. Harvey Ellis Eisenberg,
Assistant United States Attorney, Baltimore, Maryland, for
Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his "Motion to Abolish Supervised Release" as frivolous. Our review of the record discloses that Appellant's claims are without merit. Accordingly, we affirm on the reasoning of the district court. United States v. Stansbury, No. CR-89-434-S (D. Md. June 30, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED